UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIELLE M. VAUGHNS, #241333, § § § *Plaintiff*, § § v. § § STATE OF TEXAS, et al., § § *Defendants*. § | Civil Action No. 3:24-CV-2101-X-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 6). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 1st day of October 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1